AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

---- OFFENSE CHARGED ----

COUNT 1: 18 U.S.C. § 641 - Theft of Gov't Property

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: COUNT 1: 1 year imprisonment, $100,000 fine, 1 year of supervised release, $25 mandatory special assessment

---- DEFENDANT - U.S ----

▶ Andrea Seja

DISTRICT COURT NUMBER

CR 18  173 MAG

FILED
APR 26 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
Social Security OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: **ALEX TSE**
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **SAUSA Christopher Vieira**

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
   ☒ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☒ Arraignment  ☐ Initial Appearance

Defendant Address:
1190 Mission St., Apt. 819, San Francisco, CA 94103

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 5/21/2018 @ 9:30 AM   Before Judge: **Spero**

ALEX G. TSE (CABN 152348)
Acting United States Attorney

FILED
APR 26 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 18 173 MAG

| UNITED STATES OF AMERICA, | ) No. |
| Plaintiff, | ) VIOLATIONS: |
| v. | ) 18 U.S.C. § 641 – Theft of Government Property; |
|  | ) 18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461(c) – |
| ANDREA SEJA, | ) Criminal Forfeiture |
| Defendant. | ) SAN FRANCISCO VENUE |

## INFORMATION

The United States Attorney Charges:

COUNT ONE: 18 U.S.C. § 641 (Theft of Government Property)

Beginning no earlier than May 6, 2015, and continuing until on or about July 3, 2017, in the Northern District of California, the defendant,

ANDREA SEJA,

did knowingly embezzle, steal, purloin, and convert to her own use and the use of another, money of the Social Security Administration, a department or agency of the United States, namely Social Security retirement payments made to her deceased father, R.S., to which she knew she was not entitled, having a

INFORMATION

value of approximately $22,000.68, with the intent to deprive the Social Security Administration of the use or benefit of that money, in violation of Title 18, United States Code, Section 641.

FORFEITURE ALLEGATION: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)

Upon conviction for the offense alleged in Count One of this Information, the defendant,

ANDREA SEJA,

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 981(a)(l)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, including but not limited to:

    a.    $22,000.68 in United States currency.

If as a result of any act or omission of the defendant, any of said property

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to or deposited with, a third person;
    c.    has been placed beyond the jurisdiction of the Court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(l)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: April 26, 2018

ALEX G. TSE
Acting United States Attorney

_____
LAURA VARTAIN
Deputy Chief, General Crimes Section

(Approved as to form: _____ )
SAUSA Christopher Vieira

INFORMATION